UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Century 21 Real Estate, LLC,

                          Plaintiff,        CV-07-1455 (CPS)

      - against -                ORDER

Raritan Bay Realty, Ltd., et al.,

                          Defendant.

----------------------------------------X

       No objections to the Report and Recommendation of Magistrate Judge James Orentstein dated July 24, 2008 having been filed by the parties, the Report and Recommendation is hereby adopted. Counsel for the plaintiff is directed to serve a copy of the within on the defendant at its last known address, to file proof of service with the court, and to settle a judgment on notice in conformity with the Report and Recommendation not later than September 23, 2008.

       The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

       SO ORDERED.

Dated :   Brooklyn, New York
          September 2, 2008

                                      _____
                                      United States District Judge